John Kemper, appellee, v. Celina Fournier, executrix of estate of Palite Gadbois, deceased, appellant. Gen. No. 39,667.

Opinion filed January 10, 1938.

Trainor & Trainor, for appellant; John C. Trainor, of counsel. No appearance for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Steve Gembala, appellant, v. St. Floryan Building and Loan Association, appellee. Gen. No. 39,727.

Opinion filed January 10, 1938.

Albert Martin, for appellant. Peden, Melaniphy, Ryan & Andreas, for appellee; John C. Melaniphy and Gerald Ryan, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

People of the State of Illinois ex rel. John S. Rusch, appellee, v. Joseph Esposito et al., appellants. Gen. No. 39,810.

Opinion filed January 31, 1938.

Joseph T. Harrington and John T. Dempsey, for appellants; Joseph T. Harrington, of counsel. Thomas J. Courtney, State's Attorney, for appellee; John F. Cashen, Jr., of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

Milton W. Brown and Martha G. Brown, appellees, v. A. C. Woodcock, appellant. Hattie Woodcock and A. C. Woodcock, appellants, v. Milton W. Brown, appellee. Gen. No. 39,617.

Opinion filed January 31, 1938.

William C. Greatman, for appellants; Abraham W. Brussell, of counsel. John A. Bloomingston, for appellees.

Mr. Justice McSurely delivered the opinion of the court.